## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL ASUNCION** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT** |
| | ) | **Jury Trial Demanded** |
| v. | ) | |
| | ) | |
| **MARK LERNER** | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. |
| | ) | |

COMES NOW the Plaintiff, Michael Asuncion, by and through counsel, and for his complaint against Defendant Mark Lerner, hereby states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff Michael Asuncion is a citizen of the State of Maryland.

2. Defendant Mark Lerner, on information and belief, is a citizen of the District of Columbia.

3. The District Court has diversity jurisdiction over the claims against Defendant Mark Lerner pursuant to 28 U.S.C. 1332(a), found on the diversity of citizenship between the Plaintiff, who is a citizen of the State of Maryland, and the Defendant, who is a citizen of the District of Columbia. Further the amount in controversy is greater than $75,000.00.

///

///

///

1

## GENERAL ALLEGATIONS

4. On November 14, 2015, at approximately 1:09 pm, Plaintiff Michael Asuncion was in the pedestrian near or within the crosswalk at 4800 42nd Street NW between Davenport Street NW and Wisconsin Avenue NW in Washington, DC.

5. Defendant Mark Lerner was traveling south on Wisconsin Avenue at Elliot Street when he struck Plaintiff Michael Asuncion.

6. The impact caused an immediate injury to Mr. Asuncion. Mr. Asuncion was treated on the scene by EMS for injuries sustained. An ambulance then arrived that took Mr. Asuncion to the Emergency Room at MedStar Washington Hospital Center for treatment.

7. Mr. Asuncion was admitted to MedStar Washington Hospital Center from the ER.

8. After additional complaints of ongoing nausea, Mr. Asuncion was diagnosed with Post Concussion Syndrome.

## COUNT I
## NEGLIGENCE OF MARK LERNER

9. Plaintiff realleges and reveres all foregoing paragraphs as if fully restated herein.

10. At all times relevant, Defendant Mark Lerner, as an operator of a motor vehicle and as a common carrier, owed a duty of due care to all pedestrians to exercise due care in his driving.

11. At all times relevant, Defendant Mark Lerner breached his duty of due care in the following ways, including, but not limited to:

   a. Operating his motor vehicle in a reckless and careless manner;

   b. Failing to pay attention to the operation of his motor vehicle and pedestrians nearby;

   c. Failing to properly reduce speed; and

    d. Violating the motor vehicle laws of the District of Columbia.

12. As a direct and proximate result of the negligence of Defendant Mark Lerner, Plaintiff Michael Asuncion has suffered injuries to his head, neck, back, elbow, shoulder, Post Concussion resulting in serious and permanent injury.

13. As a direct and proximate result of the negligence of Defendant Mark Lerner, Plaintiff Michael Asuncion has sustained past, present, and future medical expenses, loss of capacity for the enjoyment of life, and mental anguish.

WHEREFORE, these premises considered, Plaintiff Michael Asuncion demands judgment against Defendant Mark Lerner, in excess of the minimal jurisdictional amount of this Court, plus interest and the costs of this action, and such other and further relief as this Court may deem just and proper. A jury trial is demanded on all issues triable by a jury.

_____
Douglas Desjardins
*Counsel for Plaintiffs*
PANGIA LAW GROUP
D.C. Bar No. 448370
1717 N Street NW
Washington, DC 20036
(202) 638-5300
(202) 393-1725 (fax)
dpd@pangialaw.com